[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

JC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
JUN 24 2024 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BHARAT PAREKH MD )
Plaintiff )
)
v. )
)
DEPAUL UNIVERSITY )
Defendant )

Case Number: 1:23-CV-16294
Judge: Honorable Martha Pacold
Magistrate Judge:

6/24/24

Your Honor – Re: Amended Complaint

I have finally completed the amended complaint document! However, as I still do not know how to Efile, and I don't have access ther to print and file the documents, I think kindly request one final continuance date. Thank you kindly your Honor.

Sincerely
BHARAT PAREKH MD

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]