IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Dr. Bharat Parekh,

Plaintiff(s),

v.

DePaul University, et al,

Defendant(s).

Case No. 1:23-cv-16294
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant's motion to dismiss for want of prosecution 56 is granted. Civil case terminated..

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge April M. Perry

Date: 3/5/2025

Thomas G. Bruton, Clerk of Court

J. Capparelli, Deputy Clerk